**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
OLGA M.,

                      Plaintiff,                      22 **CIVIL** 3217 (GRJ)

        -v-                                  **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 17, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 15) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 22) is DENIED; and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York
           July 17, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                              **Clerk of Court**

                                **BY:**      *K. Mango*

                                                               _____
                                                               **Deputy Clerk**